```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/27/09
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------X

IXE BANCO, S.A., et al.,            :     07 CV 432 (LAP)

            Plaintiffs,          :     ORDER

   v.                              :

MBNA AMERICA BANK, N.A.,            :

            Defendant.           :

-----------------------------------------------------X

LORETTA A. PRESKA, United States District Judge:

The Court will consider Mr. Kimmelman's letter of March 17, 2009, Mr. Younger's letter of March 20 and Mr. Kimmelman's letter of March 24 as Defendant's motion to exclude and strike (1) purported expert opinions submitted by Plaintiffs with their motion for summary judgment, and (2) Plaintiff's amended interrogatory responses that were served on March 13, 2009 and Plaintiff's opposition thereto. The motion will be decided with the pending summary judgment motions.

SO ORDERED:

Dated: March 27, 2009

*[signature]*
LORETTA A. PRESKA, U.S.D.J.

07cv432order